1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT
10    CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION
11
12
13
14
15
16   DERRICK VICTOR STARKS,          ) CV 14-00392-PA (SH)
                                      )
17                    Petitioner,     ) ORDER ACCEPTING REPORT AND
                                      ) RECOMMENDATION OF UNITED
18                                    ) STATES MAGISTRATE JUDGE
                                      )
19        v.                          )
                                      )
20   MARTIN BITER, WARDEN,            )
                                      )
21                    Respondent.     )
     _____)
22
23        Pursuant  to 28 U.S.C. Section 636, the court has reviewed the Petition, the
     other records on file herein, and the Report and Recommendation of the United
24
     States Magistrate Judge.  Further, the court has engaged in a de novo  review of
25
     those portions of the Report and Recommendation to which objections have been
26
     made.   The court accepts the findings and recommendations of the Magistrate
27
     Judge.
28

                                        1

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: January 15, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2