JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DERRICK VICTOR STARKS, | ) CV 14-00392-PA (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| G. D. LEWIS (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 15, 2015

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1